1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ROBERT ERTMAN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          Case No. 1:24-mj-00115-HBK

12 |                Plaintiff,          STIPULATION TO MODIFY CONDITION OF
                                        PRETRIAL RELEASE; ORDER
13 | vs.

14
   | ROBERT ERTMAN,
15
   |                Defendant.
16

17

18

19       IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal

21 Defender Reed Grantham, counsel for defendant Robert Ertman, that the Court modify a

22 condition of Mr. Ertman's pretrial release initially imposed on October 4, 2024. *See* Dkt. #4, #7.

23 Specifically, the parties stipulate that Condition (7)(o) of Mr. Ertman's conditions of pretrial

24 release be modified in accordance with the below.

25       Condition (7)(o) provides that Mr. Ertman: "[S]urrender [his] passport to the Clerk,

26 United States District Court within five business days of your release from custody, and you

27 must not apply for or obtain a passport or any other travel documents during the pendency of this

28 case." Mr. Ertman was released from the Fresno County Jail on October 8, 2024, and was

1  immediately and directly transported to WestCare to begin a 90-day residential treatment
2  program. Mr. Ertman is currently residing at the WestCare program in Fresno. Mr. Ertman's U.S.
3  passport is currently at his residence in Denver, Colorado, and he is unable to access it while
4  residing at WestCare.

5  In light of the above, the parties agree to modify Condition (7)(o) as follows: "surrender
6  your passport to the Pretrial Services Office in the District of Colorado within five business days
7  of your return to your district of residency, and you must not apply for or obtain a passport or
8  any other travel documents during the pendency of this case."

9  All other terms and conditions of Mr. Ertman's pretrial release, previously imposed, shall
10  remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: October 9, 2024        */s/ Arin Heinz*
                              ARIN HEINZ
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              HEATHER E. WILLIAMS
                              Federal Defender

Date: October 9, 2024         */s/ Reed Grantham*
                              REED GRANTHAM
                              Assistant Federal Defender
                              Attorney for Defendant
                              ROBERT ERTMAN

# **O R D E R**

IT IS SO ORDERED. The above term and condition of Mr. Ertman's pretrial release, previously imposed on October 4, 2024, is hereby modified as set forth above. All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 10, 2024**                    /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE